## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

In Re:   Uwagboe O. Oru-Lawrence                                      Chapter 11
                                                                      No. 13-17250  HJB
      Debtor

## ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance for B T Holland Real Estate, a party in interest as a potential purchaser of property of the bankruptcy estate, in connection with the above-referenced case and, pursuant to Bankruptcy Rule of Procedure 9010, requests that all notices and orders given or required to be given in this case and all papers served in this case be given and served upon the undersigned at the office and address set forth below.

      B T Holland Real Estate,
      By its Attorney


      */s/ Matthew J. McGowan*
      Matthew J. McGowan, Esquire (#675196)
      Salter McGowan Sylvia & Leonard, Inc.
      321 South Main Street, Suite 301
      Providence, RI 02903
      (401) 274-0300
      (401) 453-0073 Fax
      mmcgowan@smsllaw.com

Date:   December 30, 2013

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

In Re:   Uwagboe O Oru-Lawrence                              Chapter 11
                                                             No. 13-17250  HJB
         Debtor

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this date electronically filed an **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** in this case with the Clerk of this Court using the CM/ECF System.  The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

| | |
|---|---|
| John Fitzgerald, Esq. | ustpregion01.bo.ecf@usdoj.gov |
| Timothy M. Mauser | tmauser@mauserlaw.com |
| Ronald W. Dunbar, Jr., Esq. | dunbar@dunbarlawpc.com |

    I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below, or, where indicated, by fax (*) or hand delivery (**):

Uwagboe O. Oru-Lawrence                              (Debtor)
35 Orlando Street, Unit 6
Mattapan, MA  02126


December 30, 2013                              */s/ Matthew J. McGowan*


F:\Contents\Holland\Entry of Appearance.doc