UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| Uwagboe O. Oru-Lawrence, ) | Case No. 13-17250-HJB |
| ) | Chapter 11 |
| Debtor. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Bankruptcy Procedure 9010(b) of the Bankruptcy Code, and Local Rule 9010-3, the undersigned hereby appears as counsel for JP Morgan Chase Bank, N.A. ("Chase"), an interested party in the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and §§342 and 1109(b) of the Bankruptcy Code, the undersigned, on behalf of Chase, hereby requests that all documents filed with the Bankruptcy Court in the above-captioned case, and all notices given or required to be given in this matter, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's creditor matrix in this matter:

David B. Chaffin, Esquire
White and Williams LLP
99 Summer Street, Suite 1530
Boston, MA  02110
Telephone: (617) 748-5200
Facsimile: (617) 748-5201
chaffind@whiteandwilliams.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, disclosure

statements, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, memoranda and briefs relating to the foregoing, including all amendments to any of the forgoing, and any other documents or items brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of All Pleadings and Documents nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Chase's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Chase is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  January 31, 2014                    Respectfully submitted,

                                                    WHITE AND WILLIAMS LLP

By:  /s/ David B. Chaffin
David B. Chaffin
BBO No. 549245
99 Summer Street, Suite 1530
Boston, MA  02110
Telephone: (617) 748-5200
Facsimile: (617) 748-5201
Email: chaffind@whiteandwilliams.com

*Counsel for Chase*

12931960v.1