UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| Uwagboe O. Oru-Lawrence, ) | Case No. 13-17250-HJB |
| ) | Chapter 11 |
| Debtor. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF THOMAS M. PINNEY AS COUNSEL FOR
<u>JPMORGAN CHASE BANK, N.A.</u>**

Pursuant to Local Rule 9010-1(b), the undersigned respectfully requests that the Court enter an order admitting Thomas M. Pinney of White and Williams LLP to practice before the Court *pro hac vice* as counsel for JPMorgan Chase Bank, N.A., an interested party in the above captioned case.

In support of this motion, the undersigned states:

1.  Local Rule 9010-1(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2.  The accompanying Certificate of Mr. Pinney, attached hereto as Exhibit A, states that: (a) he is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey; (b) there are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; (c) he has only made one application to be specially admitted to this Court during the last twelve months; and (d) he is familiar with the Local Rules of this Court.

3.  A Declaration Re: Electronic Filing executed by Mr. Pinney is attached hereto as Exhibit B.

11712331v.1

WHEREFORE, the undersigned respectfully requests that the Court enter an order substantially in the form of Exhibit C hereto admitting Mr. Pinney to practice before the Court *pro hac vice* as counsel for JPMorgan Chase Bank, N.A., and grant such other and further relief as the Court deems just and proper.

        Respectfully submitted,

**WHITE AND WILLIAMS LLP**

By: /s/ David B. Chaffin
    David B. Chaffin
    BBO No. 549245
    99 Summer Street, Suite 1530
    Boston, MA  02110
    Telephone: (617) 748-5200
    Facsimile: (617) 748-5201
    chaffind@whiteandwilliams.com

*Counsel for JPMorgan Chase Bank, N.A.*

Dated:  February 11, 2014