UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| Uwagboe O. Oru-Lawrence, ) | Case No. 13-17250-HJB |
| ) | Chapter 11 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I, David B. Chaffin, do hereby certify that, on this 11th day of February 2014, I caused to be served a true and correct copy of the Motion for Admission *Pro Hac Vice* of Thomas M. Pinney as Counsel for JPMorgan Chase Bank, N.A. by first class mail, postage pre-paid, by electronic mail, or by this Court's ECF System as indicated on the attached service list.

Dated: February 11, 2014               Respectfully submitted,

                                       WHITE AND WILLIAMS LLP

                                       By:   /s/ David B. Chaffin
                                             David B. Chaffin
                                             BBO No. 549245
                                             99 Summer Street, Suite 1530
                                             Boston, MA  02110
                                             Telephone: (617) 748-5200
                                             Facsimile: (617) 748-5201
                                             chaffind@whiteandwilliams.com

-4-

11712331v.1

## SERVICE LIST

**BY ECF (or by Electronic Mail):**

| | |
|---|---|
| Erik K. Bradford on behalf of Assistant U.S. Trustee, John Fitzgerald, Esq., Office of the U.S., Trustee | Eric.K.Bradfbrd@USDOJ.gov; USTPRegion01.BO.ECF@USDOJ.gov; |
| Ronald W. Dunbar, Jr. on behalf of Creditor, Spring Hill Realty Partners IV, LLC | dunbar@dunbarlawpc.com; |
| John Houton on behalf of Creditor, City of Boston Treasury Department | john.houton@cityofboston.gov; |
| Marques Lipton on behalf of Debtor, Uwagboe O. Oru-Lawrence | mlipton@mauserlaw. com; |
| Timothy M. Mauser on behalf of Debtor, Uwagboe O. Oru-Lawrence | tmauser@mauserlaw. com; |
| Matthew J. McGowan on behalf of Interested Party, BT Holland Real Estate c/o Matthew J. McGowan, Esq. | mmcgowan@smsllaw.com; |

11712331v.1