UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re  **Uwagboe O. Oru-Lawrence**
Debtor

Case No. 13-17250-HJB
Chapter 11

Adv. Pro. No. _____

v.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted to practice in the federal court bar of this district or otherwise authorized to practice in this court, and I hereby enter my appearance in this case as counsel pursuant to Massachusetts Local Bankruptcy Rule 9010 on behalf of:

Melinda Stewart

Date: 03/11/2014

*[signature]*
Attorney's signature

Matthew P. Fitzsimmons, Esq. BBO#676165
Printed name and bar number

25 Mid-Tech Drive
Suite F
West Yarmouth, MA 02673
Address

matt@mattfitzlaw.com
Email

508-827-4078 / 508-815-1325
Telephone number    Fax number

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>　　UWAGBOE O. ORU-LAWRENCE,<br><br>　　　　Debtor | )<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Matthew P. Fitzsimmons, Esq., hereby certify that I have on this date served upon the following parties a true and correct copy of my **Notice of Appearance of Counsel** filed on behalf of Creditor Melinda Stewart, and Creditor Melinda Stewart's **Proof of Claim**, via regular first class United States Mail, postage prepaid:

<u>Via U.S. Mail:</u>

Eric K. Bradford, Esq.
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109

David B. Chaffin, Esq.
White and Williams, LLP
99 Summer Street
Suite 1530
Boston, MA 02110

Donald W. Dunbar, Jr., Esq.
197 Portland Street
5th Floor
Boston, MA 02114

John Houton, Esq.
City of Boston Assistant
Corporation Counsel
City Hall Room M-5
One City Hall Square
Boston, MA 02201

Timothy M. Mauser, Esq.
Marques Lipton, Esq.
Law Office of Timothy M. Mauser, Esq.
11 Beacon Street
Suite 605
Boston, MA 02108

Matthew J. McGowan, Esq.
Salter, McGowan, Sylvia & Leonard, Inc.
321 South Main Street
Suite 301
Providence, RI 02903

Thomas M. Pinney, Esq.
White and Williams, LLP
1650 Market Street
Suite 1800
Philadelphia, PA 19103

                                      Respectfully submitted,
                                      MELINDA STEWART
                                      By her Attorney,

                                      */s/ Matthew P. Fitzsimmons*
                                      Matthew P. Fitzsimmons, Esq.
                                      BBO# 676165
                                      Law Office of Matthew P. Fitzsimmons, P.C.
                                      25 Mid-Tech Drive, Suite F
                                      West Yarmouth, MA 02673
                                      Tel.: (508)827-4078
                                      Fax: (508)815-1325
                                      Email: Matt@MattFitzLaw.com

Dated: March 12, 2014