UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Uwagboe O. Oru-Lawrence, ) | Case No. 13-17250-HJB |
| ) | |
| Debtor ) | |

### UNITED STATES TRUSTEE'S EMERGENCY AND ASSENTED TO MOTION TO APPOINT A CHAPTER 11 TRUSTEE

The United States Trustee ("UST") hereby requests that the Court enter an order appointing a Chapter 11 trustee in the case of Uwagboe O. Oru-Lawrence (the "Debtor"). Upon information and belief (a review of the Court's docket including the Debtor's petition, forms and schedules, the amendments to same, the motions for relief from stay, the Debtor's response, and the order allowing same, the Debtor's third amended disclosure statement and plan, the objections to same, and the UST's motion to convert the case to Chapter 7, stipulation and agreed order and certificate of non-compliance), the Court should order the appointment of a trustee for "cause" per 11 U.S.C. 1104(a)(1) and because such appointment is in the best interests of creditors per 11 U.S.C. 1104(a)(2).

The Debtor, through his undersigned counsel, assents to the instant motion.

**WHEREFORE**, the UST respectfully requests that the Court enter an order authorizing the appointment of a Chapter 11 trustee and further relief as this Court deems just and proper.

Respectfully submitted,

WILLIAM K. HARRINGTON,

United States Trustee, Region 1

1

By:    /s/ Paula R.C. Bachtell
Paula R.C. Bachtell,   BBO# 564155
United States Department of Justice
John W. McCormack Courthouse and Post Office
5 Post Office Square, Suite 1000
Boston, MA 02109
PHONE: (617) 788-0412
FACSIMILE: (617) 565-6368
Email: paula.bachtell@usdoj.gov

Counsel to the Debtor,
Uwagboe O. Oru-Lawrence,

/s/ Timothy M. Mauser
Timothy M. Mauser, Esq. BBO # 542050
Law Office of Timothy Mauser, Esq.
Suite 410
10 Liberty Street
Danvers, MA 02108
PHONE: (617) 338-9080
FAX : (617) 275-8990
Email: tmauser@mauserlaw.com

Dated: July 5, 2016

## CERTIFICATE OF SERVICE

I certify that on July 5, 2016, true and correct copies of the foregoing motion were served by CM/ECF upon the individuals who filed notices of appearance in the Court's CM/ECF database and to all creditors listed on the attached mailing matrix.

By:    /s/ Paula R.C. Bachtell
Paula R.C. Bachtell,   BBO# 564155
United States Department of Justice
John W. McCormack Courthouse and Post Office
5 Post Office Square, Suite 1000
Boston, MA 02109
PHONE:      (617) 788-0412
FACSIMILE: (617) 565-6368
Email: paula.bachtell@usdoj.gov

**VIA ECF**
chaffind@whiteandwilliams.com

dunbar@dunbarlawpc.com
mabk@harmonlaw.com
John.Houton@cityofboston.gov
joshua@krefetzlaw.com
tmauser@mauserlaw.com
mmcgowan@smsllaw.com
christopher.mirick@pillsburylaw.com
mabk@harmonlaw.com
pinneyt@whiteandwilliams.com
rsable@gbls.org

## VIA FIRST CLASS MAIL
Uwagboe O. Oru-Lawrence
35 Orlando Street, Unit 6
Mattapan, MA  02126
(Debtor)

**Matthew P. Fitzsimmons**
25 Mid-Tech Drive
Suite F
West Yarmouth, MA 02673

AND ALL CREDITORS LISTED 0N
DEBTOR'S MAILING MATRIX
ATTACHED HERETO

Boston Gas
300 Erie Blvd W
Syracuse, NY 13202

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

Focus Receivables Management
1130 Northchase Parkway SE
Suite 150
Marietta, GA 30067

Gordon Feener, Esq.
76 Canal Street, Suite 300
Boston, MA 02114

Home Depot/CitiBank
P.O. Box 6497
Sioux Falls, SD 57117

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Nstar Electric
1 Nstar Way
Westwood, MA 02090

RBS Citizens
1000 Lafayette Gill
Bridgeport, CT 06604

Spring Hill Realty Partners IV, LLC
275 Grove Street, Suite 2-400
Auburndale, MA 02466