# Exhibit 28

| Tenant | Building | Unit | Contract Rent ($) | Abatement / Diminution of value (%) | Months in Occupancy (max 32 months since Dec. 2009) | Implied warranty of habitability (IWH) ($) (=actual damages) | Breach of Quiet Enjoyment (BQE) ($) (=3*K rent) | Utilities violations (no written agmt & cross-metering) ($) (=3*K rent) | Retaliation ($) (=up to 3*K rent) | Security Deposit and LMR ($) | Sec. Deposit Interest ($) | Sec. Deposit - Interest w/ multiplier (*3) ($) | Sec. Deposit + interest w/ multiplier (*3) ($) | Emotional Distress | 93A Multiplier | Total, w/ [3x] 93A multiplier ($) (=higher of actual damages or 3*K rent + all other dmgs) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charles Gyukeri | 91 Waldeck | 1R | $1,235 | 100 | 4 | $4,940 | $3,705 | | | | | | $0 | $5,000 | 3 | $29,820 |
| Daniel Defaria | | 1F | $1,196 | 100 | 17 | $20,332 | $3,588 | | | | | | $0 | $5,000 | 3 | $75,996 |
| Samantha Joutras | | 2R | $1,300 | 100 | 6 | $7,800 | $3,900 | | | $500 | $12 | $1,537 | $20,000 | 3 | $88,011 |
| Joan Baez | | 2F | $1,400 | 100 | 10 | $11,950 | $3,825 | | | $700 | $29 | $2,187 | $5,000 | 3 | $57,411 |
| Francine Thurson | | 3R | $1,300 | 100 | 14 | $18,200 | $3,900 | | | $125 | $7 | $397 | $5,000 | 3 | $70,797 |
| Richard McCray | 93 Waldeck | 1R | $1,400 | 100 | 6 | $8,400 | $4,200 | $4,200 | | | | $0 | $0 | 3 | $37,800 |
| Darcell Hines | | 1F | $1,181 | 100 | 17 | $20,077 | $3,543 | $3,543 | | | | $0 | $20,000 | 3 | $130,851 |
| Zachary Lane | | 3F | $1,196 | 100 | 13 | $15,548 | $3,588 | $3,588 | | | | $0 | $0 | 3 | $57,408 |
| Gerald Richardson & Tanika Banks | 95 Waldeck | 3FF | $1,400 | 100 | 12 | $16,800 | $4,200 | $4,200 | | | | $0 | $5,000 | 3 | $78,000 |
| Timothy Smith | 97 Waldeck | 1F | $1,300 | 100 | 26 | $33,800 | $3,900 | $3,900 | | | | $0 | $0 | 3 | $113,100 |
| Tammy Strait | | 1R | $1,300 | 100 | 3 | $3,900 | $3,900 | $3,900 | | $1,300 | $16 | $3,948 | $10,000 | 3 | $65,248 |
| Sitarah "Asha" Young | | 3F | $1,200 | 100 | 7 | $8,400 | $3,600 | $3,600 | | | | $0 | $5,000 | 3 | $51,000 |
| Dwight Sam | | 3R | $1,240 | 100 | 4 | $4,960 | $3,720 | $3,720 | | $500 | $8 | $1,525 | $5,000 | 3 | $45,615 |
| Fatima Morris | 99 Waldeck | 2F | $1,400 | 100 | 3 | $4,200 | $4,200 | | | $1,400 | $17 | $4,252 | $5,000 | 3 | $40,352 |
| Starr Mosley | | | $1,250 | 100 | 19 | $23,750 | $3,750 | | | $1,250 | $100 | $4,051 | | 3 | $83,401 |
| William Bautista | 101 Waldeck | 1 | $1,350 | 100 | 84 | $43,200 | $4,050 | $4,050 | | | | $0 | $20,000 | 3 | $201,750 |
| Tessy Adewumi | | 3R | $1,300 | 100 | 5 | $6,500 | $3,900 | $3,900 | | $1,300 | $27 | $3,980 | $5,000 | 3 | $58,140 |
| Carolyn Lewis | | 2R | $1,250 | 100 | 75 | $40,000 | $3,750 | | | | | | $20,000 | 3 | $180,000 |
| Meisha Warren | 25 Orlando | 3 | $1,250 | 100 | 24 | $30,000 | $3,750 | | $3,750 | | | $0 | $10,000 | 3 | $131,250 |
| Troy Michael | | 5 | $1,120 | 50 | 26 | $14,560 | $3,360 | | | | | $0 | $5,000 | 3 | $58,680 |
| Adryenne Furr | | 7 | $1,290 | 50 | 12 | $7,740 | $3,870 | | | | | $0 | $5,000 | 3 | $38,220 |
| Felicia McLaurin | | 10 | $1,392 | 50 | 33 | $22,272 | $4,176 | | | | | $0 | | 3 | $66,816 |
| Frank Dubuisson | | 11 | $1,150 | 50 | 24 | $13,800 | $3,450 | | | $500 | $51 | $1,654 | | 3 | $46,362 |
| Angelia Brown | 31 Orlando | 1 | $1,200 | 50 | 43 | $19,200 | $3,600 | | | $1,200 | $229 | $4,288 | $10,000 | 3 | $100,463 |
| Cherae Kersey | | 3 | $1,400 | 50 | 10 | $7,000 | $4,200 | | | $700 | $29 | $2,187 | | 3 | $27,561 |
| Clifton Townsend | | 6 | $1,350 | 50 | 74 | $21,600 | $4,050 | | | | | $0 | | 3 | $66,137 |
| Olga Rosado | 35 Orlando | 1 | $1,175 | 50 | 30 | $17,625 | $3,525 | | | | | $0 | $5,000 | 3 | $67,875 |
| TOTAL | | | | | | | | | | | | | | | | $2,068,067 |