# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

---------------------------------------------------------------x
:
In re: :
: Chapter 11
Uwagboe O. Oru-Lawerence, : Case No. 13-17250-MSH
:
Debtor. :
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Andrew M. Troop, do hereby certify that, on the 26th day of August 2016, I caused to be served the *Request of Certain Tenants for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)* on the attached service list in the manner indicated thereon.

Dated: August 26, 2016

Respectfully submitted,

/s/ Andrew M. Troop
Andrew M. Troop (BBO #547179)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(212) 858-1000
andrew.troop@pillsburylaw.com

Service List
Uwagboe O. Oru-Lawrence
Chapter 11, Case No. 13-17250-HJB

Via ECF

- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- David B. Chaffin    chaffind@whiteandwilliams.com, dillmanb@whiteandwilliams.com
- Ronald W. Dunbar    dunbar@dunbarlawpc.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jason Giguere    mabk@harmonlaw.com, jgiguere@ecf.courtdrive.com
- John Houton    John.Houton@cityofboston.gov
- Joshua Krefetz    joshua@krefetzlaw.com
- Timothy M. Mauser    tmauser@mauserlaw.com
- Matthew J. McGowan    mmcgowan@smsllaw.com, tfrench@smsllaw.com
- Christopher R. Mirick    christopher.mirick@pillsburylaw.com
- Richard T. Mulligan    mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com
- Thomas M. Pinney    pinneyt@whiteandwilliams.com
- Robert Sable    rsable@gbls.org
- James Southard    bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com