# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Uwagboe O. Oru-Lawrence,<br><br>Debtor. | Chapter 11<br>Case No. 13-17250-MSH |

## AFFIDAVIT OF SHEILA A. DILLON

I, on oath, depose and state as follows:

1. I am the Cabinet Chief of Housing and Director of the Department of Neighborhood Development of the City of Boston (the "City"). I have personal knowledge of the facts stated in this Affidavit, except for matters stated on information and belief and as to those matters I believe them to be true. If called as a witness, I will competently testify to the matters stated herein.

2. With respect to the property of the debtor located in Boston, Massachusetts known and numbered as (i) 25, 31-35 Orlando Street and (ii) 91-93, 95-97, and 99-101 Waldeck Street (the "Property"), the Department of Neighborhood Development (the "DND") has been working closely with the tenants of the Property and Codman Square Neighborhood Development Corp. ("Codman") in support of their efforts to prepare a bid to purchase the Property (the "Codman Bid").

3. The DND supports the Codman bid because it presents the best opportunity to ensure that the Property remains a long-term source of affordable housing.

4. The loss of affordable housing at the Property will have a severe impact on the

well-being and stability of the Property's tenants and the surrounding neighborhood, now and in the future. Current tenants would face displacement and homelessness, and given the projected housing needs of the City, low-income residents in the future also may be deprived of an affordable place to live.

5. Between 2010 and 2030, it is estimated that 9,750 additional low-income non-elderly households will be living in Boston, and production of new units alone will not meet the needs of these Bostonians. Given that the cost to produce a new housing unit tends to exceed the cost of maintaining an existing unit, it is absolutely imperative that the City minimize any loss of its current stock of affordable housing.

6. Rising market rents in Boston make the conversion of affordable housing to market-rate housing economically advantageous for owners and private developers. As a result, the City's affordable housing stock is now at a very high risk of owners opting out of the affordable housing business. The most stable privately-owned subsidized housing options in Boston, however, are owned by non-profit organizations or owners that have entered into long-term agreements to maintain the affordability of their units.

7. The DND understands Codman to be a reputable, non-profit developer which has a strong track record of successfully developing and/or renovating properties as affordable housing units.

8. Codman has confirmed that it understands that the current condition of the Property requires substantial renovations and that it is willing to make the required changes to the Property without unnecessary delay. Codman also has represented that it is committed to the long-term preservation of the Property as affordable housing through an appropriate deed restriction.

9. It is the position of the DND that, in order for the City to meet the needs of the

growing population of Boston, to contend with this growing shortage of affordable housing, and to address the very basic shelter needs of its indigent residents, the acquisition by Codman represents an invaluable contribution to the City, the health and welfare of its most vulnerable citizens, and the diversity and stability of its population.

Dated: September 30, 2016

Sheila A. Dillon