UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Uwagboe O. Oru-Lawrence<br><br>　　　　　　　　Debtor. | Chapter 7<br>Case No. 13-17250-MSH |

**REPORT BY TRUSTEE ON SALE OF**
**8 MARCY ROAD, BOSTON, MASSACHUSETTS**

Pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure, Joseph G. Butler, the duly appointed chapter 7 trustee (the "Trustee") of the above-captioned debtor, Uwagboe O. Oru-Lawrence, herby submits a report on the sale of the real property at 8 Marcy Road, Boston, Massachusetts.

1.　　On December 19, 2013, (the "Petition Date") Uwagboe O. Oru-Lawrence (the õDebtorö) filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§1101, et. seq.) (the "Bankruptcy Code").

2.　　The Court, on July 6, 2013, ordered that a chapter 11 trustee be appointed and on July 6, 2013, Joseph G. Butler was appointed as the chapter 11 Trustee.

3.　　On December 2, 2016, the case was converted to a case under Chapter 7 and on December 6, 2016, Joseph G. Butler was appointed as the Chapter 7 trustee.

4.　　The assets of the estate consisted of, in part, property of the estate known and numbered as 8 Marcy Road, Boston, Massachusetts (the õReal Propertyö).

5.　　The Debtor acquired title to the Real Property by a deed from Countrywide Home Loans, Inc. to Uwagboe O. Lawrence dated July 22, 2008, recorded in the Suffolk County Registry of Deeds in Book 43949, Page 306.

6. The Trustee's online search in the Suffolk County Registry of Deeds revealed the following:

    a. A Mortgage, from the Debtor to Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Bank, FSB, recorded August 21, 2008, and securing a note in the original principal amount of $124,800.00, is recorded with the Suffolk Registry of Deeds, in Book 43949 at Page 308, which mortgage has been assigned first to Bank of America, NA and subsequently to Greentree Sevicing, LLC.

    b. An execution by Dorothy Bowen recorded March 25, 2009, in Book 44711 Page no 28 in the amount of $7926.00.

    c. A notice of Child Support Lien filed by the Massachusetts Department of Revenue on March 5, 2015, in Book 54134 at Page 220.

    d. An attachment of the interest of the Debtor in all real property in Suffolk County, Massachusetts in the amount of $350,000.00 issued by the Suffolk Superior Court in the case of Katherine R. Ward v. Uwagboe Oru-Lawrence (C.A no. 1684CV01456) which was recorded in the Suffolk County Registry of Deeds on May 25, 2016 in Book 56170, Page 278.

7. On July 3, 2017, the Trustee filed a Motion for Order Authorizing and Approving Private Sale of Real Property (the "Sale Motion"), pursuant to which the Trustee sought an order authorizing, among other things, the sale, free and clear of all liens, claims, interests, and encumbrances whatsoever, both known and unknown, including but not limited to any liens, claims, encumbrances, and interests of the Debtor's creditors, vendors, suppliers, or employees to S-8 Marcy Road Realty Trust ("Buyer"), of the Debtor's and the estate's right, title and interest in and to interest in the Real Property for the sum of $250,000.00, as set forth in a Purchase & Sale Agreement executed by and between the Trustee and the Buyer (the "P&S").

8. On August 7, 2017, the Court entered an order (the "Sale Order") which authorized the sale of the Real Property to the Buyer for the sum of $250,000.00.

9. The Sale Motion sought and the Sale Order authorized the Trustee to pay, from the proceeds of the sale of the Real Property, the normal and usual costs incurred at closing by the

seller (i.e. deed stamps and recording costs), the Seller's share of any outstanding real estate taxes or other municipal claims which constitute liens on the Real Property and a claim (no. 13 on the Court's claims register) secured by the first mortgage on the Marcy Road held by Green Tree Servicing, LLC.[1]

10. The sale of the Real Property closed on August 30, 2017.

11. The sales price was $250,000. The buyer was Stamatos Family Properties, LLC as Trustee of S-8 Marcy Road Realty Trust.

12. The Trustee has, after payment of deed stamps, recording costs, real estate taxes and water and sewer bills, received the sum of $234,515.54 at closing (the Buyer had previously paid a deposit of $12,500.00). The Trustee has, today, paid the Ditech claim in the amount of $143,431.02.

13. Realm Realty is filing herewith an application for commission wherein Realm Realty seeks a commission in the amount of $12,500.00 for said services and $495.00 for reimbursement of expenses

                                        Joseph G. Butler, chapter 7 trustee of the
                                        Estate of Uwagboe O. Oru-Lawrence,
                                        By his attorneys,

                                        /s/Joseph G. Butler
                                        Joseph G. Butler, Esq. (BBO# 544284)
                                        Law Office of Joseph G. Butler
                                        355 Providence Highway
                                        Westwood, MA 02090
                                        (781) 636 3638
                                        JGB@jgbutlerlaw.com

Dated: September 6, 2017

---

[1] The claim was assigned to Ditech Financial Financial, LLC. See notice of assignment filed on July 6, 2017 as docket no. 465.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Uwagboe O. Oru-Lawrence | Chapter 7<br>Case No. 13-17250-MSH |
| Debtor. | |

CERTIFICATE OF SERVICE

I, Joseph G. Butler, do hereby certify that on September 6, 2017, I served a copy of the Report By Trustee on the Sale of 8 Marcy Road, Boston, Massachusetts on the persons on the attached service list by mailing a copy of the same by first class mail, postage prepaid or as otherwise indicated.

Signed under the penalties of perjury, September 6, 2017.

/s/Joseph G. Butler
Joseph G. Butler

Service List
Uwagboe O. Oru-Lawrence
Chapter 7, Case No. 13-17250

Via ECF

- Stephanie E. Babin    sbabin@orlans.com, ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com
- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- Timothy J Carter    tcarter@goulstonstorrs.com
- David B. Chaffin    chaffind@whiteandwilliams.com, dillmanb@whiteandwilliams.com
- Edward Coburn    Edward.Coburn@Boston.gov
- Ronald W. Dunbar    dunbar@dunbarlawpc.com
- Rachel Eisenhaure    eisenhaurer@whiteandwilliams.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jason Giguere    mabk@harmonlaw.com, jgiguere@ecf.courtdrive.com
- Gary M. Hogan    garyh@bbb-lawfirm.com, amym@bbb-lawfirm.com;lisak@bbb-lawfirm.com;kimberlyk@bbb-lawfirm.com
- John Houton    John.Houton@cityofboston.gov
- Joshua Krefetz    joshua@krefetzlaw.com
- Kimberly Kroha    KimberlyK@bbb-lawfirm.com
- David B. Madoff    madoff@mandkllp.com, alston@mandkllp.com
- Timothy M. Mauser    tmauser@mauserlaw.com
- Matthew J. McGowan    mmcgowan@smsllaw.com, tfrench@smsllaw.com
- David Merritt    dmerritt@bg-llp.com
- Richard T. Mulligan    mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com
- Thomas M. Pinney    pinneyt@whiteandwilliams.com
- Marcus Pratt    bankruptcy@KORDEASSOC.COM
- Edward Rice    ed@edricelaw.com
- Kirk P. Rothemich    rothemichlaw@aol.com
- Robert Sable    rsable@gbls.org, r46146@notify.bestcase.com
- Jacob T. Simon    jacob@simonlawma.com, jacobtsimon@gmail.com
- James Southard    bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com
- Andrew M. Troop    andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
- James F. Wallack    jwallack@goulstonstorrs.com
- Steven R. Whitman    swhitman@whitmanlaw.com