```
                              United States Bankruptcy Court
                                District of Massachusetts
In re:                                                               Case No. 13-17250-msh
Uwagboe O. Oru-Lawrence                                              Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0101-1         User: ml                  Page 1 of 4                 Date Rcvd: May 09, 2018
                             Form ID: pdf012           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db             #+Uwagboe O. Oru-Lawrence,    35 Orlando Street, Unit 6,    Mattapan, MA 02126-1771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                          Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              Andrew M. Troop    on behalf of Interested Party Charles  Gyukeri andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Samantha  Joutras andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Felicia  McLaurin andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Gerald  Richardson andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Zachary  Lane andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Timothy  Smith andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Fatima  Morris andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Starr  Mosely andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Richard  McCray andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Olga  Rosado andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Francine  Thurston andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Adryenne  Furr andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Clifton  Townsend andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Joan  Baez andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Tessy  Adewumi andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Angelia  Brown andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Tammy  Strait andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party Troy  Michael andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
              Andrew M. Troop    on behalf of Interested Party William  Bautista andrew.troop@pillsburylaw.com,
               matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrew M. Troop    on behalf of Interested Party Frank  Dubuisson andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
Andrew M. Troop    on behalf of Interested Party Miesha  Warren andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
Andrew M. Troop    on behalf of Interested Party Daniel  Defaria andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
Andrew M. Troop    on behalf of Interested Party Sitarah  Young andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
Andrew M. Troop    on behalf of Interested Party Cherea  Kersey andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
Andrew M. Troop    on behalf of Interested Party Dwight  Sam andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
Andrew M. Troop    on behalf of Interested Party Darcell  Hines andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
Andrew M. Troop    on behalf of Interested Party Carolyn  Lewis andrew.troop@pillsburylaw.com, matthew.oliver@pillsburylaw.com;dina.yavich@pillsburylaw.com;nydocket@pillsburylaw.com
David  Merritt    on behalf of Creditor   Nationstar Mortgage LLC dmerritt@bg-llp.com
David B. Chaffin    on behalf of Interested Party   JP Morgan Chase Bank, N.A. chaffind@whiteandwilliams.com, dillmanb@whiteandwilliams.com
David B. Madoff    on behalf of Interested Party   857 Beacon Street, LLC or Nominee madoff@mandkllp.com, alston@mandkllp.com
Edward  Coburn    on behalf of Creditor   Boston Inspectional Services Department Edward.Coburn@Boston.gov
Edward  Rice    on behalf of Creditor Luis  Velasquez ed@edricelaw.com
Eric K. Bradford    on behalf of Assistant U.S. Trustee John  Fitzgerald Eric.K.Bradford@USDOJ.gov
Gary M. Hogan    on behalf of Creditor   Holbrook Cooperative Bank garyh@bbb-lawfirm.com, amym@bbb-lawfirm.com;lisak@bbb-lawfirm.com;kimberlyk@bbb-lawfirm.com
Jacob T. Simon    on behalf of Creditor Tammy  Anderson jacob@simonlawma.com, jacobtsimon@gmail.com
James  Southard    on behalf of Creditor   Nationstar Mortgage LLC bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com
James F. Wallack    on behalf of Interested Party   Codman Square Neighborhood Development Corporation jwallack@goulstonstorrs.com
Jason  Giguere    on behalf of Creditor   Ditech Financial f/k/a Green Tree Servicing LLC mabk@harmonlaw.com, jgiguere@ecf.courtdrive.com
John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
John  Houton    on behalf of Creditor   City of Boston Treasury Department John.Houton@cityofboston.gov
Joseph G. Butler    JGBBarron@yahoo.com, MA41@ecfcbis.com
Joshua  Krefetz    on behalf of Interested Party Joshua  Krefetz joshua@krefetzlaw.com
Katie  Perry    on behalf of Creditor   Massachusetts Department of Revenue, Child Support Enforcement Division csebankruptcy@dor.state.ma.us, oneilld@dor.state.ma.us
Kimberly  Kroha    on behalf of Creditor   Holbrook Cooperative Bank KimberlyK@bbb-lawfirm.com
Kirk P. Rothemich    on behalf of Creditor Robert  Russo rothemichlaw@aol.com
Marcus  Pratt    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing, LLC bankruptcy@KORDEASSOC.COM
Matthew J. McGowan    on behalf of Interested Party   B T Holland Real Estate mmcgowan@smsllaw.com, tfrench@smsllaw.com
Paula R.C. Bachtell    on behalf of Assistant U.S. Trustee John  Fitzgerald paula.bachtell@usdoj.gov
Rachel  Eisenhaure    on behalf of Interested Party   JP Morgan Chase Bank, N.A. eisenhaurer@whiteandwilliams.com
Richard T. Mulligan    on behalf of Creditor   Green Tree Servicing LLC mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com
Robert  Sable    on behalf of Interested Party Francine  Thurston rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Creditor Brenda  Clark rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Creditor Barbara  Williams rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Interested Party Tammy  Strait rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Interested Party Richard  McCray rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Interested Party Cherea  Kersey rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Interested Party Frank  Dubuisson rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Creditor Monique  Hinton rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Interested Party Sitarah  Young rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Interested Party Angelia  Brown rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Interested Party Dania  Rosario rsable@gbls.org, sablerr46146@notify.bestcase.com
Robert  Sable    on behalf of Creditor Clifton  Townsend rsable@gbls.org, sablerr46146@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Robert Sable on behalf of Creditor John Conlin rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Troy Michael rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Felicia McLaurin rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Michelle Madolo rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Darcell Hines rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Olga Rosado rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Adryenne Furr rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Troy Michael rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Dwight Sam rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Adryenne Furr rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Miesha Warren rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Cherea Kersey rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Zachary Lane rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Pamela Cesar rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Felicia McLaurin rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Charles Gyukeri rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Carolyn Lewis rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Fatima Morris rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Timothy Smith rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Gerald Richardson rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Sharyl Washington rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Samantha Joutras rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Starr Mosely rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Frank Dubuisson rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Daniel Defaria rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party William Bautista rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Meisha Warren rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Joan Baez rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Tessy Adewumi rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Creditor Olga Rosado rsable@gbls.org, sablerr46146@notify.bestcase.com
- Robert Sable on behalf of Interested Party Clifton Townsend rsable@gbls.org, sablerr46146@notify.bestcase.com
- Ronald W. Dunbar, Jr. on behalf of Creditor Orlando Street Note Purchaser LLC dunbar@dunbarlawpc.com
- Ronald W. Dunbar, Jr. on behalf of Creditor Spring Hill Realty Partners IV, LLC dunbar@dunbarlawpc.com
- Stephanie E. Babin on behalf of Creditor Ditech Financial LLC sbabin@orlans.com, ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com;sbabinECF@gmail.com
- Stephanie E. Babin on behalf of Creditor Nationstar Mortgage LLC sbabin@orlans.com, ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com;sbabinECF@gmail.com
- Steven R. Whitman on behalf of Creditor Katherine Ward swhitman@whitmanlaw.com
- Thomas M. Pinney on behalf of Interested Party JP Morgan Chase Bank pinneyt@whiteandwilliams.com
- Thomas M. Pinney on behalf of Interested Party JP Morgan Chase Bank, N.A. pinneyt@whiteandwilliams.com
- Timothy J Carter on behalf of Interested Party Codman Square Neighborhood Development Corporation tcarter@goulstonstorrs.com
- Timothy M. Mauser on behalf of Debtor Uwagboe O. Oru-Lawrence tmauser@mauserlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 102



05/09/2018 Stipulation to be held for objections. The hearings on: (1) the trustee's objection to claim 23 of claimant Luis Velasquez (docket #508), scheduled for hearing on 5/30/18; and (2) the request of tenant Luis Velasquez for allowance and payment of administrative expenses (docket #379), scheduled for hearing on 8/29/2018, are canceled.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| In re:<br><br>Uwagboe O. Oru-Lawrence<br>　　　　　　　　　Debtor. | Chapter 7<br>Case No. 13-17250-MSH |

### MOTION BY CHAPTER 7 TRUSTEE FOR ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 9019 APPROVING SETTLEMENT RE: CLAIMS OF LUIS VELASQUEZ

Joseph G. Butler, the Chapter 7 Trustee (the "Trustee") of the estate of J Uwagboe O. Oru-Lawrence (the "Debtor") moves the Court for entry of an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9019-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts (the "MLBR"), approving a settlement by and between the Trustee and Luis Velasquez ("Velasquez") concerning certain claims asserted by Velasquez and the Trustee's objections to those claims. In support of his motion, the Trustee states as follows:

1. On December 19, 2013, (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§101, et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2. On July 6, 2013, the Court ordered that a chapter 11 trustee be appointed and on July 6, 2013, Joseph G. Butler was appointed as the chapter 11 Trustee.

3. On December 2, 2016, the case was converted to a case under Chapter 7 and on December 6, 2016, Joseph G. Butler was appointed as the Chapter 7 trustee.