

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

UWAGBOE O. ORU-LAWRENCE,
  Debtor

Ch. 7

13-17250-MSH

## Proceeding Memorandum

**MATTER:**

#536 Motion of Blessing Uhuangho to Compel Release of Child Support Money  (Pro Se)
#543 Response of Chapter 7 Trustee (J. Butler)

**Decision set forth more fully as follows:**

Hearing held. For the reasons set forth on the record, the motion to compel is allowed in part and the Chapter 7 Trustee is ordered to pay $10,952.44 to the MDOR per the amended proof of claim, #2.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 12/18/2018